AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

EDUARDO DOMINGUEZ-ROQUE

    Plaintiff

    v.        Civil Action No. 3:21-cv-344

FAEZ ALSAFFAR

CLASSIC TRANSPORTATION SERVICES, INC.

    Defendants

## AMENDED JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s), _____ recover from the Defendant(s) _____ damages in the amount of _____, plus post-judgment interest at the rate of ____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff _____

**X** Other: This case is DISMISSED with prejudice as to all of Plaintiff's claims.   JUDGMENT IS ENTERED in favor of Defendants, Faez Alsaffar, Classic Transportation Services, Inc. and against Plaintiff, Eduardo Dominguez-Roque.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by  Magistrate Judge Michael G. Gotsch, Sr. on Defendants' Motion to Dismiss.

DATE:  03/13/2024        CHANDA J. BERTA, CLERK OF COURT

        by    s/J. Barboza
        *Signature of Clerk or Deputy Clerk*